UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

911 Notify, LLC
        *Plaintiff*,

v.

Carshield Services, Inc.
        *Defendant*.

C.A. No. 14-0081-LPS

DECLARATION OF YERVANT DAVID LEPEJIAN
IN SUPPORT OF MOTION TO DISMISS

STATE OF California
COUNTY OF Los Angeles

The undersigned hereby declares, under penalty of perjury, as follows:

1. Carshield Services, Inc. ("Carshield") has one office located at 1914 N. Verdugo Road, Suite 3, Glendale, CA 91208.

2. Carshield has been incorporated under the laws of the State of California since 2010.

3. While Carshield's California business entity status is listed as "suspended" for missing a filing deadline. Carshield has corrected this problem with the State of California's Franchise Tax Board and expects its application for a Certificate of Revivor to be granted shortly.

1

4. Carshield develops all of its products in either the state of California or the country of Armenia.

5. Carshield's databases and operating system resides in the state of California.

6. Carshield has never shipped any products to the state of Delaware.

7. To the best of my knowledge, information and belief, formed after due inquiry, Carshield has never sold a product to a resident of the state of Delaware.

8. Carshield has never advertised directly in or to the state of Delaware.

9. To the best of my knowledge, information and belief, formed after due inquiry, Carshield has only one customer that entered the state of Delaware with a vehicle containing an installed Carshield device.

10. Approximately 70 – 80% of all of Carshield's products and services purchased in the United States are purchased in the state of California.

11. Carshield does not maintain any resellers in the State of Delaware.

12. Carshield maintains a website at www.mycarshield.com. To the best of my knowledge, information and belief, formed after due inquiry, the website has not been used by a resident of Delaware to purchase any Carshield products or services.

13. Carshield never received any notice of infringement, written or otherwise, from the plaintiff.

14. Only ten employees work for Carshield.

15. No Carshield employee is a resident of Delaware.

16. No Carshield employee has ever performed services or sold products on behalf of Carshield in the state of Delaware.

17. Carshield has never developed, designed or modified its products to target residents in the state of Delaware.

Dated: 04/25/2014

By: _____

Yervant David Lepejian, CEO
Carshield Services, Inc.

Sworn to and subscribed before me
This ____ day of _____, 201_ "See Below" ↓ 4/25/2014

State of California County of Los Angeles
Subscribed and sworn to (or affirmed) before me
on this 25th day of April, 2014
by YERVANT DAVID LEPEJIAN,
proved to me on the basis of satisfactory evidence
to be the person(s) who appeared before me.

_____
(Signature of Notary)

YOUNG H. SHIN
Commission # 1937866
Notary Public - California
Los Angeles County
My Comm. Expires Jun 19, 2015

"Type of Document: Declaration of Yervant David Lepejian
In Support of Motion to Dismiss
RE: C.A. No. 14-0081-LPS

3