**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| 911 NOTIFY, LLC<br><br>Plaintiff,<br><br>v.<br><br>CARSHIELD SERVICES, INC.,<br><br>Defendant. | C.A. No. 14-81-LPS<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF 911 NOTIFY, LLC'S ANSWER TO**
**DEFENDANT CARSHIELD SERVICES, INC.'S COUNTERCLAIMS**

Plaintiff 911 Notify, LLC ("911 Notify") hereby answers the Counterclaims of defendant Carshield Services, Inc. ("Carshield") as alleged in D.I. 8 by corresponding paragraph number as follows:

1. Admitted as to Carshield's residence and principal place of business, 911 Notify lacks information sufficient to form a belief about the truth of the remainder of the allegation.

2. Admitted.

**JURISDICTION AND VENUE**

3. Denied allegation that Jurisdiction and Venue in Delaware is improper.

4. Admitted.

5. Admitted that Carshield's Counterclaims purport to state counterclaims for declarations of patent non-infringement and patent invalidity arising under the Declaratory Judgment Act, 28 U.S.C. § 2201, et. seq.

6. 911 Notify admits that there is an actual and justifiable controversy between Carshield and 911 Notify concerning non-infringement and invalidity with respect to the '356 Patent, but 911 Notify denies that Carshield is entitled to any relief.

7. 911 Notify lacks information sufficient to form a belief about the truth of the allegation.

8. Admitted.

9. Admitted.

**GENERAL ALLEGATIONS**

10. Admitted.

11. 911 Notify admits that there is an actual and justifiable controversy between Carshield and 911 Notify concerning non-infringement and invalidity with respect to the '356 Patent, but 911 Notify denies that Carshield is entitled to any relief.

**COUNTERCLAIM 1**
**(NON-INFRINGEMENT OF U.S. PATENT NO. 6,775,356)**

12. 911 Notify re-alleges and incorporates herein its responses to allegations 1 through 11, above.

13. Denied.

14. Denied.

**COUNTERCLAIM 2**
**(INVALIDITY OF U.S. PATENT NO. 6,775,356)**

15. 911 Notify re-alleges and incorporates herein its responses to allegations 1 through 11, above.

**A. "The 1990 Keepsafer"**

16. Denied.

17. 911 Notify lacks information sufficient to form a belief about the truth of the allegation.

18. 911 Notify lacks information sufficient to form a belief about the truth of the allegation.

19. 911 Notify lacks information sufficient to form a belief about the truth of the allegation.

20. 911 Notify lacks information sufficient to form a belief about the truth of the allegation.

21. 911 Notify lacks information sufficient to form a belief about the truth of the allegation.

22. 911 Notify lacks information sufficient to form a belief about the truth of the allegation.

23. 911 Notify lacks information sufficient to form a belief about the truth of the allegation.

24. 911 Notify lacks information sufficient to form a belief about the truth of the allegation.

25. 911 Notify lacks information sufficient to form a belief about the truth of the allegation.

26. 911 Notify lacks information sufficient to form a belief about the truth of the allegation.

27. 911 Notify lacks information sufficient to form a belief about the truth of the allegation.

28. 911 Notify lacks information sufficient to form a belief about the truth of the allegation.

29. 911 Notify lacks information sufficient to form a belief about the truth of the allegation.

30. 911 Notify lacks information sufficient to form a belief about the truth of the allegation.

**B. "The 1996 O'Brien Article"**

31. Denied.

32. 911 Notify lacks information sufficient to form a belief about the truth of the allegation.

33. 911 Notify lacks information sufficient to form a belief about the truth of the allegation.

34. 911 Notify lacks information sufficient to form a belief about the truth of the allegation.

35. 911 Notify lacks information sufficient to form a belief about the truth of the allegation.

36. 911 Notify lacks information sufficient to form a belief about the truth of the allegation.

37. 911 Notify lacks information sufficient to form a belief about the truth of the allegation.

38. 911 Notify lacks information sufficient to form a belief about the truth of the allegation.

39. 911 Notify lacks information sufficient to form a belief about the truth of the allegation.

40. 911 Notify lacks information sufficient to form a belief about the truth of the allegation.

41. 911 Notify lacks information sufficient to form a belief about the truth of the allegation.

42. 911 Notify lacks information sufficient to form a belief about the truth of the allegation.

43. 911 Notify lacks information sufficient to form a belief about the truth of the allegation.

44. 911 Notify lacks information sufficient to form a belief about the truth of the allegation.

**C. "Anticipation and Obviousness"**

45. 911 Notify repeats and realleges the above responses as if fully set forth below.

46. Denied.

47. Denied.

48. Denied.

49. Denied

## PRAYER FOR RELIEF

WHEREFORE, 911 Notify respectfully requests that the Court:

A. Dismiss with prejudice Carshield's Counterclaims;

B. Order and issue a judgment that Carshield is not entitled to any relief on its Counterclaims, including, without limitation, any fees, costs, fines or damages; and

C. Order costs and any other relief to which 911 Notify is entitled, and which the Court deems just and equitable.

**DEMAND FOR JURY TRIAL**

911 Notify demands trial by jury on all issues so triable.

May 19, 2014

Of Counsel:

Marc A. Fenster
Benjamin T. Wang
Russ August & Kabat
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025-1031
(310) 826-7474
mfenster@raklaw.com
bwang@raklaw.com

BAYARD, P.A.

/s/ *Stephen B. Brauerman*
Richard D. Kirk (rk0922)
Stephen B. Brauerman (sb4952)
Vanessa R. Tiradentes (vt5938)
Sara E. Bussiere (sb5725)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
vtiradentes@bayardlaw.com
sbussiere@bayardlaw.com

*Attorneys for Plaintiff,*
*911 Notify, LLC*