| | | |
|---|---|---|
| VICTOR F. BATTAGLIA<br>ROBERT D. GOLDBERG<br>PHILIP B. BARTOSHESKY<br>VICTOR F. BATTAGLIA, JR. | **BIGGS AND BATTAGLIA**<br>ATTORNEYS AT LAW<br>921 NORTH ORANGE STREET<br>P.O. BOX 1489<br>WILMINGTON, DELAWARE 19899<br>(302) 655-9677<br>TELECOPIER (302) 655-7924 | OF COUNSEL<br>S. BERNARD ABLEMAN<br>JOHN BIGGS III<br>1927-2009 |

*Writer's Direct E-mail:* Goldberg@batlaw.com

July 23, 2014

**<u>Via E-File and Hand Delivery</u>**
The Honorable Leonard P. Stark
U.S. District Court for the District
Of Delaware
844 N. King Street
Room 4209, Unit 18
Wilmington, DE 19801

    Re:   Request for Oral Argument – Defendant's Motion to Dismiss
            911 Notify, LLC v. Carshield Services, Inc.
            <u>C.A. No.: 1:14-0081-LPS</u>

Dear Judge Stark:

    On July 21, 2014, Defendant, Carshield Services, Inc. submitted its Reply Brief in Support of its Motion to Dismiss the above action. The briefing on this motion is now complete. On behalf of Carshield Services, Inc. I respectfully request that the Court schedule Oral Argument.

                                                      Respectfully submitted,

                                                      /s/Robert D. Goldberg
                                                      Robert D. Goldberg (ID #631)

RDG/slh

cc:  Clerk of the Court
     Stephen B. Brauerman, Esq. (Via E-File)
     Richard D. Kirk, Esq. (Via E-File)
     Vanessa R. Tiradentes, Esq. (Via E-File)
     Sara E. Bussiere, Esq. (Via E-File)